**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 00-00065-1 PHX-RCB |
| Plaintiff, ) | **ORDER** |
| ) | **REVOKING SUPERVISED RELEASE** |
| vs. ) | |
| Maria Guadalupe Gonzalez-Macias, ) | |
| Defendant. ) | |

A petition for revocation of supervised release having been filed and hearings held with the defendant and counsel present, and the defendant having previously admitted violation of special condition #1 and special condition #3.

The Court rejects the advisory guideline ranges in Chapter 7 for reasons set forth on the record.

IT IS ORDERED revoking the defendant's supervised release and the defendant, Maria Guadalupe Gonzalez-Macias, shall be committed to the custody of the Bureau of Prisons for a term of **SIXTEEN (16) MONTHS**.

IT IS FURTHER ORDERED no further supervised release to follow the prison sentence.

1 | The defendant is remanded into the custody of the United States Marshal's Service.
2 | The defendant is advised of her right to appeal within 10 days.
3 | DATED this 14th day of August , 2006.

_____
Robert C. Broomfield
Senior United States District Judge